| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:00CR00723-01 |
| | | CASE NUMBER *(Rec. Court)* |
| | | CR05-59 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mark Smith<br><br>REDACTED<br><br>Newark, DE 19702 | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John P. Fullam | |
| | DATES OF SUPERVISED RELEASE: | FROM 12/24/2003   TO 12/23/2008 |

| OFFENSE |
|---|
| Distribution of cocaine base within 1,000 feet of a school. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 18, 2005            *[signed]* John P. Fullam
Date                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                             United States District Judge