

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
PROBATION OFFICE / PRETRIAL SERVICES AGENCY



**ELLEN J. KRAUSE**
Chief Probation Officer

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

**CENTRAL OFFICE LOCATION:**

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

**BRANCH OFFICE LOCATION:**

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

June 28, 2005

Daniel W. Blahusch
Chief U.S. Probation Officer
Federal Office Building
600 Arch Street, Ste. 2400
Philadelphia, PA 19106-1679

Att.:   Fred D. Crawford
        U.S. Probation Officer

RE:   SMITH, Mark
      Old Dkt. #  0313/2:02CR00723-001
      New D/DE Dkt. #  0311/1:05CR00059-001
      TRANSFER OF JURISDICTION

Dear Mr. Blahusch:

Enclosed, please find the original Probation Form 22, with Part 2 completed by the Honorable Sue L. Robinson, Chief U.S. District Judge for the District of Delaware.

Please file this form with the Clerk of the Court for your district, instructing him to forward the complete file to the Clerk of the Court for the District of Delaware.

Should you have any questions, please do not hesitate to contact the undersigned at (302) 677-0633. Thank you for your prompt attention to this matter.

Sincerely,

Ellen J. Krause
Chief U.S. Probation Officer

Carol L. Sain
U.S. Probation Officer

Reviewed by:

John G. Selvaggi
Supervising U.S. Probation Officer

FJK/kak
Enc.
c: Keith Kincaid, Clerk's Office, D/DE

FILED

JUN 30 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE