August 1, 2005

Peter T. Dalleo, Clerk of Court
U.S.D.C. Delaware
J. Caleb Boggs Federal Building
844 King Street, Lock Box 18
Wilmington, Delaware 19801-3570

RE:    U.S.A. vs. MARK SMITH
00-cr-723-1 (ed of pa) 05-59 (del)

Dear Mr. Dalleo:

Pursuant to a Transfer of Jurisdiction, we herewith enclose a certified copy of the following;

Indictment
Judgment
Docket Entries

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _Dennis Taylor_

Dennis Taylor, Deputy Clerk

Received above material or record file this ___ day of ___ , 20 ___ .

Signature: _____

Date: _____

crf7

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | | |
|---|---|---|
| **CASE NUMBER** *(Tran. Court)* 2:00CR00723-01 | | |
| **CASE NUMBER** *(Rec. Court)* C R 05-59 | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| Mark Smith | | |
| Newark, DE | NAME OF SENTENCING JUDGE The Honorable John P. Fullam | |
| | DATES OF SUPERVISED RELEASE: | FROM 12/24/2003 | TO 12/23/2008 |

| OFFENSE |
|---|
| Distribution of cocaine base within 1,000 feet of a school. |

**FILED JUL 2 9 2005**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 18, 2005
_____
Date

John P. Fullam
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 23, 2005
_____
Effective Date

Sue L. Robinson
_____
United States District Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-1-05
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**ENTERED**

AUG 0 1 2005

**CLERK OF COURT**

2005 AUG -2 PM [DISTRICT OF DELAWARE]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    : CRIMINAL NO. _00-723_

         V.    : DATE FILED: _____

MARK SMITH,    : VIOLATIONS: 21 U.S.C. §841 (Distribution
a/k/a "Mark Price"    of cocaine base - 2 Counts)
        21 U.S.C. §860(a) (Distribution of
        cocaine base within 1,000 feet of a
        school (2 Counts)
        21 U.S.C. §853(a)(1),(2), and (p)
        (Notice of forfeiture)

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

On or about June 24, 1999, in the Eastern District of Pennsylvania and elsewhere, the defendant,

### MARK SMITH
### a/k/a "Mark Price",

knowingly and intentionally distributed in excess of 5 grams, that is approximately 27.0 grams, of a mixture or substance containing a detectable amount of cocaine base ("crack "), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

1

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 8-1-05

ATTEST:

DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 24, 1999, in the Eastern District of Pennsylvania and elsewhere, the defendant

**MARK SMITH**
**a/k/a "Mark Price"**

knowingly and intentionally distributed in excess of 5 grams, that is approximately 27.0 grams, of a mixture or substance containing a detectable amount of cocaine base ("crack "), a Schedule II controlled substance, within 1,000 feet of the real property comprising the Longstreth Elementary School, located at 5700 Willows Avenue, Philadelphia, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 860(a).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 7, 2000, in the Eastern District of Pennsylvania and elsewhere,

the defendant

### MARK SMITH,
**a/k/a "Mark Price"**

knowingly and intentionally distributed in excess of 5 grams, that is approximately 25.5 grams,

of a mixture or substance containing a detectable amount of cocaine base ("crack "), a Schedule

II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 7, 2000, in the Eastern District of Pennsylvania and elsewhere, the defendant

**MARK SMITH,**
**a/k/a "Mark Price"**

knowingly and intentionally distributed in excess of 5 grams, that is approximately 25.5 grams, of a mixture or substance containing a detectable amount of cocaine base ("crack "), a Schedule II controlled substance, within 1,000 feet of the real property comprising the Longstreth Elementary School, located at 5700 Willows Avenue, Philadelphia, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 860(a).

## NOTICE OF FORFEITURE

As a result of a violation of Title 21, United States Code, Section 841, set forth in Counts One through Four of this Indictment, the defendant

**MARK SMITH,**
**a/k/a "Mark Price"**

shall forfeit to the United States under Title 21, United States Code, Section 853:

(a)  Any and all real and/or personal property which the defendant used in any manner or part to facilitate the commission of the violation of Title 21, United States Code, as charged in this Indictment:

(b)  Any and all real and/or personal property constituting, or derived from, any proceeds obtained directly or indirectly as the result of the violation of Title 21, United States Code, as charged in this Indictment, including but not limited to $1,700  United States Currency.

If any of the property described above as being subject to forfeiture, as the result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of said property listed

above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853(a)(1), (2), and (p).


A TRUE BILL:


Foreperson


MICHAEL R. STILES
United States Attorney

First Assistant U.S. Attorney

CLOSED, SEALDC

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:00-cr-00723-JF-ALL
## Internal Use Only

Case title: USA v. SMITH

Date Filed: 12/06/2000

---

Assigned to: HONORABLE JOHN
P. FULLAM

## Defendant

**MARK SMITH** (1)
*TERMINATED: 11/06/2001*
*also known as*
MARK PRICE

represented by **GARY S. SERVER**
SERVER AND LOWE, P.C.
4845 RISING SUN AVE.
PHILA, PA 19120
*TERMINATED: 11/06/2001*
*LEAD ATTORNEY*
*Designation: Retained*

**NOAH GORSON**
GORSON & GORSON, P.C.
1700 SANSOM ST.
SUITE 703
PHILA, PA 19103-5214
FAX 215-569-3254
Fax: FAX 215-569-3254
*TERMINATED: 11/06/2001*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

## Pending Counts

21:860(a) DISTRIBUTION OF
COCAINE BASE WITHIN 1,000
FEET OF A SCHOOL
(2)

21:860(a) DISTRIBUTION OF
COCAINE BASE WITHIN 1,000

## Disposition

IMPR. 32 MOS., SUPV'D RELEASE
5 YRS., SPEC. ASSESS. $200.00,
FINE $2,000.00.

IMPR. 32 MOS., SUPV'D RELEASE
5 YRS., SPEC. ASSESS. $200.00,

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-1-05
ATTEST:

· FEET OF A SCHOOL
(4)                                          FINE $2,000.00.

## Highest Offense Level (Opening)

Felony

## Terminated Counts                          ## Disposition

21:841(a)(1) and 841(b)(1)(B)(iii)
DISTRIBUTION OF COCAINE
BASE                                          DISMISSED
(1)

21:841(a)(1) and 841(b)(1)(B)(iii)
DISTRIBUTION OF COCAINE
BASE                                          DISMISSED
(3)

## Highest Offense Level (Terminated)

Felony

## Complaints                                 ## Disposition

None

---

## Plaintiff

**USA**                     represented by **ROBERTA BENJAMIN**
                                            U.S. ATTORNEY'S OFFICE
                                            615 CHESTNUT ST.
                                            SUITE 1250
                                            PHILA, PA 19106-4476
                                            TEL 215-861-8200
                                            Fax: 215-861-8618
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 12/06/2000 | 1 | Sealed Indictment as to MARK SMITH (1) count(s) 1, 2, 3, 4. (tj) (Entered: 12/13/2000) |
|---|---|---|
| 12/06/2000 | 2 | MOTION and ORDER Sealing Indictment as to MARK SMITH. (Signed by MAGISTRATE JUDGE CHARLES B. SMITH) (tj) (Entered: 12/13/2000) |
| 12/06/2000 | 3 | MOTION and ORDER for Issuance of BENCH Warrant as to MARK SMITH. (Signed by MAGISTRATE JUDGE CHARLES B. SMITH) (tj) (Entered: 12/13/2000) |
| 12/06/2000 | | BENCH Warrant issued as to MARK SMITH. (tj) (Entered: 12/13/2000) |
| 12/12/2000 | 4 | Letter from AUSA Unsealing Indictment as to MARK SMITH. (tj) (Entered: 12/13/2000) |
| 12/12/2000 | | Indictment unsealed as to MARK SMITH. (tj) (Entered: 12/13/2000) |
| 12/12/2000 | | **Added Government Attorney ROBERTA BENJAMIN (tj) (Entered: 12/13/2000) |
| 12/12/2000 | | Initial appearance as to MARK SMITH HELD (Defendant informed of rights.) (cmc) (Entered: 12/13/2000) |
| 12/12/2000 | | **Procedural Interval start P2 as to MARK SMITH (1) count(s) 1, 2, 3, 4 (ar) (Entered: 12/14/2000) |
| 12/13/2000 | 5 | CJA 23 Financial Affavidit by MARK SMITH . (cmc) (Entered: 12/13/2000) |
| 12/13/2000 | 6 | Minute entry as to MARK SMITH dated 12/12/00 re: Initial App.-Court appoints NOAH GORSON, Esq. for Deft, arriagnment set for 12/15/00 1:30 p.m. (TJR) (cmc) (Entered: 12/13/2000) |
| 12/13/2000 | | **Added for MARK SMITH Attorney NOAH GORSON (cmc) (Entered: 12/13/2000) |
| 12/13/2000 | 7 | ORDER OF TEMPORARY DETENTION DATED 12/12/00 AS TO MARK SMITH PENDING ARRAIGNMENT SET FOR 12/15/00 1:30 P.M., ETC. (SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER) 12/13/00 ENTERED. (cmc) (Entered: 12/13/2000) |
| 12/15/2000 | | SURETY Bond entered 12/15/00 by MARK SMITH in the Amount of $ 100,000.00 for properties listed as 1329 S. 58TH ST., 5730 MALCOLM ST., 5736 MALCOLM ST., 5739 MALCOLM ST. ALL PHILA., PA properties. (TJR) (cmc) (Entered: 12/15/2000) |

| 12/15/2000 | | Arraignment as to MARK SMITH HELD count(s) 1, 3, 2, 4 (cmc) (Entered: 12/18/2000) |
|---|---|---|
| 12/18/2000 | 8 | Plea entered 12/15/00 by MARK SMITH. Court accepts plea. NOT GUILTY: count(s) 1, 3, 2, 4 , Deft has 10 days to file pretrial motions, Bail $100,000 SURETY, etc. (TJR) (cmc) (Entered: 12/18/2000) |
| 12/18/2000 | 9 | ORDER SETTING CONDITIONS OF RELEASE DATED 12/15/00 AS TO MARK SMITH: BAIL SET $100,000 SURETY TO BE SECURED BY 3 PROPERTIES, ETC. (SIGNED BY MAGISTRATE JUDGE THOMAS J. RUETER) 12/18/00 ENTERED AND COPIES MAILED. (cmc) (Entered: 12/18/2000) |
| 12/18/2000 | 10 | Notice of Appearance for MARK SMITH by Attorney GARY S. SERVER . (cmc) (Entered: 12/18/2000) |
| 12/18/2000 | 11 | MOTION BY USA AS TO MARK SMITH FOR HEARING AND PRETRIAL DETENTION , CERT. OF SERVICE. (cmc) (Entered: 12/18/2000) |
| 12/18/2000 | | **Terminated motion(s) as to MARK SMITH : [11-1] MOTION FOR HEARING AND PRETRIAL DETENTION. (cmc) (Entered: 12/18/2000) |
| 12/26/2000 | 12 | MOTION by MARK SMITH FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS , CERT. OF SERVICE. (cmc) (Entered: 12/26/2000) |
| 01/02/2001 | 13 | ORDER OF 1/2/01 AS TO MARK SMITH GRANTING [12-1] MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, DEFT IS GRANTED LEAVE TO FILE MOTIONS NO LATER THAN 15 DAYS FRM RECEIPT OF GOVT.'S DISCOVERY. (SIGNED BY JUDGE JOHN P. FULLAM) 1/3/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/03/2001) |
| 01/02/2001 | 14 | ORDER OF 1/2/01 THAT THE WARDEN OF C.F.C.F. AND THE U.S. MARSHALS FOR THE E.D.PA. PRODUCE THE BODY OF MARK SMITH ON 1/22/01 10:00 A.M. FOR TRIAL IN THIS MATTER, ETC. (SIGNED BY JUDGE JOHN P. FULLAM) 1/3/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/03/2001) |
| 01/08/2001 | 15 | PETITION AND ORDER BY USA FOR AD TESTIFICANDUM DATED 1/8/01 THAT THE WARDEN OF C.F.C.F. AND THE U.S. MARSHALS FOR THE E.D.PA. PRODUCE THE BODY OF MARK SMITH ON 1/17/01 FOR TRIAL, ETC. (SIGNED BY JUDGE JOHN P. FULLAM) 1/8/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/08/2001) |

| 01/11/2001 | 16 | MOTION by USA AS TO MARK SMITH TO ADMITi TAPE RECORDING , MEMORANDUM, CERT. OF SERVICE. (cmc) (Entered: 01/12/2001) |
|---|---|---|
| 01/16/2001 | 17 | BENCH Warrant Returned Executed as to MARK SMITH on 12/12/00 . (cmc) (Entered: 01/16/2001) |
| 01/17/2001 | 18 | APPLICATION by MARK SMITH FOR CONTINUANCE , CERTIFICATE OF SERVICE. (rs) (Entered: 01/18/2001) |
| 01/19/2001 | 19 | ORDER OF 1/18/01 AS TO MARK SMITH GRANTING [18-1] MOTION FOR CONTINUANCE. (SIGNED BY JUDGE JOHN P. FULLAM) 1/19/01 ENTERED AND COPIES FAXED. (cmc) (Entered: 01/19/2001) |
| 01/22/2001 | 20 | ORDER FOR SPEEDY TRIAL ACT DELAY: DATED 1/22/01 THAT THE EXCLUDABLE TIME BE COMPUTED/ENTERED FROM THE DATE OF FILING AS TO MARK SMITH GOVT.'S [16-1] MOTION TO ADMIT TAPE RECORDING. (SIGNED BY JUDGE JOHN P. FULLAM) 1/23/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/23/2001) |
| 01/23/2001 | 21 | ORDER OF 1/23/01 THAT THE WARDEN OF C.F.C.F. AND THE U.S. MARSHALS FOR THE E.D.PA. PRODUCE THE BODY OF MARK SMITH ON 2/1/00 1:45 P.M. FOR CHANGE OF PLEA HEARING, ETC. (SIGNED BY JUDGE JOHN P. FULLAM) 1/23/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/23/2001) |
| 01/25/2001 | | **Excludable XE started as to MARK SMITH re [16-1] MOTION TO ADMITi TAPE RECORDING (ar) (Entered: 01/25/2001) |
| 01/26/2001 | 22 | MOTION by MARK SMITH TO SUPPRESS EVIDENCE , MEMORANDUM, CERT. OF SERVICE. (cmc) (Entered: 01/26/2001) |
| 01/26/2001 | 23 | Change of Plea Memorandum by USA as to MARK SMITH, Cert. of Service. (cmc) (Entered: 01/26/2001) |
| 01/29/2001 | 24 | ORDER FOR SPEEDY TRIAL ACT DELAY: XE TIME IS COMPUTED AND ENTERED FROM THE DATE OF FILING OF MARK SMITHS' [22-1] MOTION TO SUPPRESS EVIDENCE. (SIGNED BY JUDGE JOHN P. FULLAM) 1/30/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 01/30/2001) |
| 01/30/2001 | | **Excludable XE started as to MARK SMITH re [22-1] MOTION TO SUPPRESS EVIDENCE (fdc) (Entered: 01/30/2001) |
| 02/01/2001 | 25 | Abstract of Order for Presentence Investigation as to MARK |

| | | SMITH. (cmc) (Entered: 02/01/2001) |
|---|---|---|
| 02/01/2001 | 26 | GUILTY Plea Agreement as to MARK SMITH . (cmc) (Entered: 02/01/2001) |
| 02/01/2001 | 27 | Change of Plea entered 2/1/01 by MARK SMITH. Court accepts plea. GUILTY: count(s) 2, 4 , PSI report ordered, sentencing set for 5/3/01 1:30 p.m. (Terminated motions - [22-1] MOTION TO SUPPRESS EVIDENCE, [16-1] MOTION TO ADMITi TAPE RECORDING DENIED AS MOOT) (cmc) (Entered: 02/01/2001) |
| 02/06/2001 | | **Excludable stopped as to MARK SMITH (fdc) (Entered: 02/06/2001) |
| 02/09/2001 | 28 | ORDER OF 2/8/01 THAT THE WARDEN OF C.F.C.F. AND THE U.S. MARSHALS FOR THE E.D.PA. PRODUCE THE BODY OF MARK SMITH ON 5/3/01 1:30 P.M. FOR SENTENCING, ETC. SIGNED BY JUDGE JOHN P. FULLAM) 2/9/01 ENTERED. (cmc) (Entered: 02/09/2001) |
| 04/09/2001 | 29 | REPORT AND ORDER OF PRETRIAL as to MARK SMITH ( SIGNED BY JUDGE JOHN P. FULLAM ) 04/09/01 ENTERED. (ar) (Entered: 04/09/2001) |
| 04/23/2001 | 30 | MOTION AND ORDER OF 4/19/01 TO SEAL & IMPOUND THE ECNLOSED DOCUMENTS AS TO MARK SMITH UNTIL FURTHER ORDER OF THE COURT. (SIGNED BY JUDGE JOHN P. FULLAM) 4/23/01 ENTERED AND COPIES MAILED. (dt) (Entered: 04/23/2001) |
| 04/23/2001 | 31 | MOTION AND ORDER OF 4/23/01 TO SEAL & IMPOUND THE ENCLOSED DOCUMENT AS TO MARK SMITH. (SIGNED BY JUDGE JOHN P. FULLAM) 4/23/01 ENTERED AND COPIES MAILED. (dt) (Entered: 04/23/2001) |
| 05/09/2001 | 32 | ORDER OF 5/9/01 AS TO MARK SMITH (SIGNED BY JUDGE JOHN P. FULLAM) 5/9/01 ENTERED. (UNDER SEAL) (cmc) (Entered: 05/09/2001) |
| 05/09/2001 | 33 | ORDER OF 5/9/01 AS TO MARK SMITH. (SIGNED BY JUDGE JOHN P. FULLAM) 5/9/01 ENTERED. (UNDER SEAL) (cmc) (Entered: 05/09/2001) |
| 05/09/2001 | 34 | MOTION & ORDER TO SEAL AND IMPOUND DOC. #32, 33 AS TO MARK SMITH UNTIL NOTIFIED BY THE AUSA THAT THEY MAY BE UNIMPOUNDED. (SIGNED BY JUDGE JOHN P. FULLAM) 5/9/01 ENTERED. (cmc) (Entered: 05/09/2001) |

| 06/20/2001 | 35 | MOTION by MARK SMITH TO CHANGE THE CONDITIONS OF BAIL , CERT. OF SERVICE. (cmc) (Entered: 06/20/2001) |
| 06/25/2001 | 36 | ORDER OF 6/25/01 AS TO MARK SMITH GRANTING [35-1] MOTION TO CHANGE THE CONDITIONS OF BAIL, DEFT IS PERMITTED TO LEAVE HIS HOME TO SEEK AND MAINTAIN EMPLOYMENT WITH PRIOR APPROVAL AND AUTHORIZATION OF PRETRIAL SERVICES. (SIGNED BY JUDGE JOHN P. FULLAM) 6/25/01 ENTERED AND COPIES FAXED. (cmc) (Entered: 06/25/2001) |
| 10/16/2001 | 37 | MOTION BY USA AS TO MARK SMITH TO PERMIT DEPARTURE FROM GUIDELINE SENTENCING RANGE AND FROM MANDATORY MINIMUM SENTENCE , CERTIFICATE OF SERVICE. (dt) (Entered: 10/16/2001) |
| 10/26/2001 | 38 | Sentencing Memorandum by MARK SMITH, Cert. of Service. (cmc) (Entered: 10/26/2001) |
| 11/05/2001 | | Sentencing HELD MARK SMITH (1) count(s) 2, 4 (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | 39 | ORDER OF 11/5/01 AS TO MARK SMITH GRANTING [37-1] MOTION TO PERMIT DEPARTURE FROM GUIDELINE SENTENCING RANGE AND FROM MINIMUM SENTENCE. (SIGNED BY JUDGE JOHN P. FULLAM) 11/6/01 ENTERED AND COPIES MAILED. (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | 40 | Minute entry as to MARK SMITH dated 11/5/01 re: Sentnecing-Cts. 2, 4 Imprisonment of 32 Mos., supv'd release 5 yrs., spec. assess. $200.00, fine $2,000.00, Cts. 1, 3 are Dismissed, Deft to self surrender by 11/19/01. (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | 41 | JUDGMENT OF 11/5/01 AS TO MARK SMITH (1) count(s) 2, 4. IMPR. 32 MOS., SUPV'D RELEASE 5 YRS., SPEC. ASSESS. $200.00, FINE $2,000.00. (SIGNED BY JUDGE JOHN P. FULLAM) 11/6/01 ENTERED. (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | | Dismissal of Count(s) on Government Motion as to MARK SMITH Counts Dismissed: count(s) 1, 3. (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | 42 | IT IS ORDERED THAT THE EXECUTION OF PRISON SENTENCE for MARK SMITH IS SUSPENDED UNTIL 11/19/01, AT WHICH TIME DEFT IS DIRECTED TO REPORT TO THE DESIGNATED INSTITUTION NO THAN 2:00 TO COMMENCE SERVING SAID SENTENCE. (SIGNED BY JUDGE JOHN P. FULLAM) 11/6/01 ENTERED. (cmc) (Entered: 11/06/2001) |

| 11/06/2001 | | **Terminated party MARK SMITH (cmc) (Entered: 11/06/2001) |
| 11/06/2001 | | **Case closed as to all defendant as to MARK SMITH (cmc) (Entered: 11/06/2001) |
| 11/07/2001 | 43 | MOTION by USA AS TO MARK SMITH FOR ENTRY OF JUDGMENT OF AND PRELIMINARY ORDER OF FORFEITURE , CERT. OF SERVICE. (cmc) (Entered: 11/08/2001) |
| 11/15/2001 | 44 | JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE DATED 11/14/01 AS TO MARK SMITH RE: SUM OF $1,700.00 U.S. CURRENCY WHICH REPRESENTS PROCEEDS UNDER 21 USC 853, ETC. (SIGNED BY JUDGE JOHN P. FULLAM) 11/15/01 ENTERED AND COPIES FAXED. (cmc) (Entered: 11/15/2001) |
| 12/11/2001 | 45 | Certified copy of Judgment Returned Executed as to MARK SMITH; on 11/19/01. (lb) (Entered: 12/12/2001) |
| 03/25/2002 | 46 | MOTION by USA as to MARK SMITH FOR ENTRY OF JUDGMENT OF NAND FINAL ORDER OF FORFEITURE , CERT. OF SERVICE. (cmc) (Entered: 03/25/2002) |
| 03/28/2002 | 47 | ORDER DIRECTING FORFEITURE OF PROPERTY AS TO MARK SMITH RE: THE SUM OF $1,700.00. ( SIGNED BY JUDGE JOHN P. FULLAM ), 3/29/02 ENTERED AND COPIES MAILED. (jh) (Entered: 03/29/2002) |
| 03/28/2002 | | **Terminated motion(s) as to MARK SMITH : [46-1] MOTION FOR ENTRY OF JUDGMENT OF NAND FINAL ORDER OF FORFEITURE as to MARK SMITH (1). (SEE DOCUMENT # 47) (jh) (Entered: 03/29/2002) |
| 07/29/2005 | 48 | Probation Jurisdiction Transferred to District of Delaware as to MARK SMITH Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dt) (Entered: 08/01/2005) |

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN            District of            PENNSYLVANIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |

**FILED**

MARK SMITH a/k/a "Mark Price"    NOV 0 6 2001

Case Number:    00-723    (41)

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Gary S. Server, Esquire
Defendant's Attorney

**THE DEFENDANT:**

X    pleaded guilty to count(s)    two and four

☐    pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐    was found guilty on count(s) _____
after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:860(a), 21:841(a)(1) | Distribution of Cocaine Base within 1,000 feet of a school | 4/7/00 | |

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 8-1-05

ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

The defendant is sentenced as provided in pages 2 through    7    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on count(s) _____

X    Count(s)    1 and 2    ☐ is    X are    dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: Not known

Defendant's Date of Birth: _____ 1977

Defendant's USM No.: 54727-066

Defendant's Residence Address:

_____
_____
Claymont, Delaware _____

Defendant's Mailing Address:

_____
_____
Claymont, Delaware _____

November 5, 2001
Date of Imposition of Judgment

_____
Signature of Judicial Officer

John P. Fullam, Sr. Judge, U.S.D.C. for the Eastern District of PA
Name and Title of Judicial Officer

November 5, 2001
Date

copies: Roberta Benjamin, AUSA
Gary S. Server, Esq.
Probation
Pretrial
Marshal Service
Fiscal, Speedy Trial
FLU,

Judgment — Page ___2___ of ___7___

DEFENDANT:        MARK SMITH a/k/a "Mark Price"
CASE NUMBER:      00-723

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of ___32 months___ .

X   The court makes the following recommendations to the Bureau of Prisons:
The defendant serve his prison sentence in a boot camp program.
The defendant obtain prison employment.

The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X   before 2 p.m. on ___November 19, 2001___ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By _____
                            DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:        MARK SMITH a/k/a "Mark Price"
CASE NUMBER:      00-723

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term    five years    .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

future substance abuse.

☐    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___7___

DEFENDANT:       MARK SMITH a/k/a "Mark Price"
CASE NUMBER:     00-723

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $  200.00 | $  2,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | Judgment — Page ___5___ of ___7___ |
|---|---|

·DEFENDANT:      MARK SMITH a/k/a "Mark Price"
·CASE NUMBER:    00-723

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☐ · Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with    ☐ C,    ☐ D, or    ☐ E below; or

**B**  ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    E below); or

**C**     Payment _____ (e.g., equal, weekly, monthly, quarterly) _____over a period of
    _____ (e.g., months or years), to    _____ (e.g., 30 or 60 days) after the date of this judgment;

**D**  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  X  Special instructions regarding the payment of criminal monetary penalties:

    The special assessment in the amount of $200.00 is due within 10 days from the date of imposition of sentence.
    The defendant is ordered to pay a fine in the amount of $2,000.00 within one year.
    The defendant is also ordered to refund the government in the amount of $1,700.00.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.