PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Criminal Action No. <u>1:05CR00059-001 SLR</u> |
| ) | |
| **Mark Smith** ) | |
| ) | |
| **Defendant** ) | |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mark Smith, who was placed on supervision in the Eastern District of Pennsylvania by the Honorable John P. Fullam, Sr. on the <u>5th</u> day of <u>November, 2001,</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions. On June 23, 2005, The Honorable Sue L. Robinson, Chief United States District Judge, signed the Transfer of Jurisdiction. Mr. Smith's special conditions are as follows:

The special assessment in the amount of $200 is due within 10 days from the date of imposition of sentence. The defendant is ordered to pay a fine in the amount of $2,000 within one year.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a summons be issued for Mark Smith so that he can be brought before the Court to answer the charges of violating the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this 26th day of June 2006.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place   Wilmington, Delaware

Date    June 22, 2006

PETITION/SMITH
Page 2

Standard Condition #3:    "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."

**Evidence:**    Mr. Smith has failed to submit proof of employment as requested by the probation office, and obtain verifiable employment by June 15, 2006.

Special Condition:    "The defendant is ordered to pay a fine in the amount of $2,000 within one year."

**Evidence:**    Mr. Smith is in default of his fine payments. To date, he has paid a total of $577 toward his $2,000 fine, which was due within the first year of supervision.