AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.
MARK SMITH

**SUMMONS IN A CRIMINAL CASE**

Case Number:    05CR59-SLR

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 N. King Street**<br>**Wilmington, DE 19801**<br>Before: THE HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE JUDGE | Room<br>#100 U.S. Marshal's Office - Deft.<br>To Report By: 12:00 p.m.<br>Date and Time<br>8/3/06 1 p.m. |
|---|---|

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    **x** Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_Francesca Tassone_      6/27/06
Signature of Issuing Officer      Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

*Filed stamp: 2006 JUL 20 AM 9:14, CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*


