PROB 12
(Rev 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. <u>1:05CR00059-001 SLR</u> |
| Mark Smith | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mark Smith, who was placed on supervision in the Eastern District of Pennsylvania by the Honorable John P. Fullam, Sr. on the <u>5th</u> day of <u>November, 2001,</u> who fixed the period of supervision at <u>five years,</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions. On June 23, 2005, The Honorable Sue L. Robinson, Chief United States District Judge, signed the Transfer of Jurisdiction. Mr. Smith's special conditions are as follows:

The special assessment in the amount of $200 is due within 10 days from the date of imposition of sentence. The defendant is ordered to pay a fine in the amount of $2,000 within one year.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER that the petition dated 26th day of June, 2006, be dismissed. This office has confirmed that Mr. Smith died on July 15, 2006.

ORDER OF COURT

Considered and ordered this <u>31st</u> day of July 2006.

_____
Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place   Wilmington, Delaware

Date   <u>July 28, 2006</u>